

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00599-CV

**IN THE INTEREST OF B.R.**, A.R., X.R., and J.R., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02347
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, that portion of the trial court's Order of Termination terminating appellant's parental rights is REVERSED and judgment is RENDERED denying the State's petition to terminate appellant's parental rights. In all other respects the trial court's Order of Termination is AFFIRMED. No costs are assessed because appellant is indigent.

SIGNED January 7, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice